UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALAN O. GRILL, | Case No. 2:16-cv-02860-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| CREDIT ONE BANK, N.A., et al., | |
| Defendants. | |

Before the court is the Notice of Settlement (ECF No. 4) between Plaintiff and Defendant Equifax Information Services, LLC, who has not yet made an appearance in this case.  The parties request 60 days to complete settlement dismissal documents.  Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **March 10, 2017,** to file a notice of voluntary dismissal, or a status report advising when the notice of voluntary dismissal will be filed.

DATED this 9th day of January, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE