Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
Email: preilly@hollandhart.com
       smschwartz@hollandhart.com

*Attorneys for Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN O. GRILL, | Case No.: 2:16-cv-02860-JCM-PAL |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR RESPONDING TO COMPLAINT** |
| v. | |
| CREDIT ONE BANK, N.A, TEXAS FINANCIAL, LLC DBA ROYAL MANAGEMENT; EXPERIAN INFORMATION SOLUTIONS, INC. AND EQUIFAX INFORMATION SERVICES, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

## **STIPULATION**

Plaintiff Alan O. Grill and Defendant Credit One Bank, N.A. hereby stipulate and agree to extend the deadline up to and including Friday, March 24, 2017, for Defendant Credit One Bank, N.A. to answer or otherwise plead in response to the Complaint on file herein.

/ / /

/ / /

/ / /

1  This is Defendant Credit One Bank, N.A.'s first formal request for an extension of this
2  deadline. This Stipulation is made in good faith and not in an attempt to delay proceedings, but
3  rather is made to allow Plaintiff and his counsel time to consider whether they will stipulate to
4  arbitrate their claims against Credit One.

5  DATED this 17th day of March, 2017.     DATED this 17th day of March, 2017

7  By:  /s/ Patrick J. Reilly, Esq.           By:       /s/ Michael Kind, Esq.
     Patrick J. Reilly, Esq.                              Michael Kind, Esq.
8    Susan M. Schwartz, Esq.                         KAZEROUNI LAW GROUP, APC
     HOLLAND & HART LLP                             7854 W. Sahara Avenue
9    9555 Hillwood Drive, 2nd Floor                  Las Vegas, Nevada 89117
     Las Vegas, Nevada 89134

                                             Sara Khosroadbadi, Esq.
*Attorneys for Credit One Bank, N.A.*           HYDE & SWIGART
                                             7854 W. Sahara Avenue
                                             Las Vegas, Nevada 89117

                                             *Attorneys for Alan O. Grill*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 22, 2017

9675459_1