UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALAN O. GRILL,<br><br>  Plaintiff,<br>v.<br>CREDIT ONE BANK, N.A., et al.,<br><br>  Defendants. | Case No. 2:16-cv-02860-JCM-PAL<br><br>ORDER<br><br>(Amd. Stip to Stay – ECF No. 23) |

Before the court is the Amended Stipulation to Stay Claims Asserted Against Credit One Bank, N.A. Pending Arbitration (ECF No. 23) which was referred to the undersigned. Plaintiff's claims against Credit One are subject to a binding arbitration agreement. As such, Plaintiff agrees to arbitration his claims against Credit One only. The parties request that all proceedings against Credit One be stayed pending the resolution of arbitration between these two parties.

**IT IS ORDERED;**

1. Amended Stipulation to Stay Claims Asserted Against Credit One Bank, N.A. Pending Arbitration (ECF No. 23) is **GRANTED**.
2. The parties shall exercise their best good faith efforts to select an arbitrator and schedule an arbitration within 60 days.
3. The parties shall file a joint status report every 60 days beginning June 26, 2017, until arbitration proceedings have been completed.

Dated this 28th day of April, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1