Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi, Esq. (SBN: 13703)
**HYDE & SWIGART**
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148
Phone: (619) 233-7770
FAX: (619) 297-1022
sara@westcoastlitigation.com

*Attorneys for Plaintiff Alan O. Grill*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Alan O. Grill,<br><br>                     Plaintiff,<br><br>v.<br><br>Credit One Bank, N.A., Texas Financial, LLC *dba* Royal Management, Experian Information Solutions, Inc., and Equifax Information Services, LLC,<br><br>                     Defendants. | Case No: 2:16-cv-02860-JCM-PAL<br><br>**Notice of Settlement between Plaintiff and Experian Information Solutions, Inc.** |

# NOTICE

The dispute between Plaintiff Alan O. Grill ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") has been resolved on an individual basis.

Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant, with prejudice, within 60 days—on or before September 18, 2017.

DATED this 20th day of July 2017.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **September 18, 2017**, to file either a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: July 21, 2017

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 20, 2017, the foregoing Notice of Settlement was served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
    Michael Kind
    6069 S. Fort Apache Rd., Ste 100
    Las Vegas, NV 89148