1  Michael Kind, Esq. (SBN: 13903)
2  **KAZEROUNI LAW GROUP, APC**
   6069 South Fort Apache Road, Suite 100
3  Las Vegas, Nevada 89148
   Phone: (800) 400-6808 x7
4  FAX: (800) 520-5523
5  mkind@kazlg.com

6  Sara Khosroabadi, Esq. (SBN: 13703)
7  **HYDE & SWIGART**
8  6069 South Fort Apache Road, Suite 100
   Las Vegas, Nevada 89148
9  Phone: (619) 233-7770
   FAX: (619) 297-1022
10 sara@westcoastlitigation.com

11

12 *Attorneys for Plaintiff Alan O. Grill*

13

14

15              **UNITED STATES DISTRICT COURT**

16               **DISTRICT OF NEVADA**

17

| | |
|---|---|
| Alan O. Grill, | Case No.: 2:16-cv-02860-JCM-PAL |
| Plaintiff, | **STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| Credit One Bank, N.A, Texas Financial, LLC *dba* Royal Management, Experian Information Solutions, Inc., Equifax Information Services, LLC, | |
| Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

The dispute between Plaintiff Alan O. Grill ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") (jointly as the "Parties") has been resolved.

The Parties have reached settlement terms and are finalizing their settlement agreement. The Parties are waiting to finalize their settlement agreement and for a fully executed version of the settlement agreement to be exchanged. The Parties anticipate filing dismissal documents as to Defendant within 30 days—on or before **October 17, 2017**.

DATED this 18th day of September 2017.

Respectfully Submitted,


**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**Naylor & Braster**

By: /s/ Andrew J Sharples
Jennifer L Braster, Esq.
Andrew J Sharples, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant*

**IT IS SO ORDERED** this 19th day of September, 2017.

Peggy A. Leen
United States Magistrate Judge

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 18, 2017, the foregoing status report was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
      Michael Kind
      6069 South Fort Apache Road, Suite 100
      Las Vegas, Nevada 89148