Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com
*Attorneys for Plaintiff Alan O. Grill*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Alan O. Grill,<br><br>Plaintiff,<br><br>v.<br><br>Credit One Bank, N.A, Texas Financial, LLC *dba* Royal Management, Experian Information Solutions, Inc., Equifax Information Services, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02860-JCM-PAL<br><br>**Stipulation of Dismissal with prejudice of Defendant Experian Information Solutions, Inc.** |

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Alan O. Grill ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant in this matter only.

Each party will bear its own costs, disbursements, and attorney fees.

DATED this 6th day of October 2017.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**Naylor & Braster**

By: /s/ Jennifer L Braster
Jennifer L Braster, Esq.
Andrew J Sharples, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 13, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 6, 2017, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148