Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com
*Attorneys for Plaintiff Alan O. Grill*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Alan O. Grill, <br><br> Plaintiff, <br> v. <br><br> Credit One Bank, N.A, Texas Financial, LLC *dba* Royal Management, Experian Information Solutions, Inc., Equifax Information Services, LLC, <br><br> Defendants. | Case No.: 2:16-cv-02860-JCM-PAL <br><br> **Stipulation of Dismissal with prejudice of Defendant Credit One Bank, N.A.** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Alan O. Grill ("Plaintiff") and Defendant Credit One Bank, N.A. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant Credit One Bank, N.A. in the above-captioned matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 20th day of June 2018.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Alan O. Grill*

**Holland & Hart LLP**

By: /s/ Susan M. Schwartz
Patrick J. Reilly, Esq.
Susan M. Schwartz, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Credit One Bank, N.A.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 22, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 20, 2018, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148